FORM 9A. Notice of Related Case Information                                    Form 9A (p. 1)
                                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 25-1616

**Short Case Caption** Vicor Corporation v. ITC

**Filing Party/Entity** FII USA Inc. and Ingrasys Technology, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Vicor Corporation v. Delta Electronics, Inc., et al, Case No. 2:23-cv-00323 (E.D. Tex.)
Vicor Corporation v. FII USA Inc., et al., Case No. 24-10060-LTS (D. Mass.)
Vicor Corporation v. FII USA Inc., et al., Case No. 24-1620 (1st Cir.)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                              Form 9A (p. 2)
                                                                           March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Vicor Corporation; Delta Electronics, Inc.; Delta Electronics (Americas) Ltd.; Delta Electronics (USA) Inc.; Cyntec Co., Ltd.; Hon Hai Precision Industry Co. Ltd. d/b/a Foxconn Technology Group; Foxconn Industrial Internet Co. Ltd.; FII USA Inc. (a/k/a Foxconn Industrial Internet USA, Inc.); Ingrasys Technology Inc.; Ingrasys Technology USA Inc.; Quanta Computer Inc.; Quanta Cloud Technology Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

SUSMAN GODFREY L.L.P.: Oleg Elkhunovich, Genevieve Vose Wallace, Danielle Nicholson, Corey Lipschultz
THE DACUS FIRM, PC: Deron R. Dacus
CAPSHAW DERIEUX LLP: Elizabeth L. DeRieux, S. Calvin Capshaw III
FISH & RICHARDSON PC: Lawrence K. Kolodney, Steven R. Katz
KIRKLAND & ELLIS LLP: Russell E. Levine, Marcus E. Sernel, Tiffany M. Knapp, Philip Cooper

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/01/2025          Signature: /s/ John C. O'Quinn

                          Name: John C. O'Quinn