NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICOR CORPORATION,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**FII USA INC., INGRASYS TECHNOLOGY INC.**
*Intervenors*

---

2025-1616

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1370.

---

**ON MOTION**

---

### O R D E R

FII USA Inc. and Ingrasys Technology Inc. move unopposed for leave to intervene in this appeal. Vicor Corporation separately moves unopposed for an extension of time to file its opening brief, up to and including August 13, 2025.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to intervene is granted. The revised official caption is reflected in this order. The Intervenors' docketing statements are due no later than 14 days from the date of entry of this order. Appellee's and intervenors' briefs are due no later than 40 days from the date of service of appellant's opening brief.

(2) The motion for extension of time is granted.

FOR THE COURT

May 30, 2025
Date

Jarrett B. Perlow
Clerk of Court